UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Grigoriy Zagerson

_____

Write the full name of each plaintiff.

-against-

New York City Department of Education;

_____

Bernadette Toomey, Principal of PS 195

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been assigned)

Do you want a jury trial?
☒ Yes      ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Grigoriy | | Zagerson |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 71 Village Road North, Apt 3G |
|---|
| Street Address |

| Kings, Brooklyn | NY | 11223 |
|---|---|---|
| County, City | State | Zip Code |

| (347) 661-3138 | zagerson@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| New York City Department of Education |
|---|
| Name |

James E. Johnson, c/o Corporation Counsel of the City of New York

Address where defendant may be served

| New York, 100 Church Street | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Bernadette Toomey |
|---|
| Name |

| PS 195, 131 Irwin Street |
|---|
| Address where defendant may be served |

| Kings, Brooklyn | NY | 11235 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State                    Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

New York City Department of Education/ PS 195K

Name

131 Irwin Street

Address

Kings, Brooklyn                    NY                    11235

County, City                    State                    Zip Code

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐   race: _____

☐   color: _____

☒   religion:   Jewish _____

☐   sex: _____

☒   national origin:   Russian _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐   did not hire me
- ☒   terminated my employment
- ☐   did not promote me
- ☐   did not accommodate my disability
- ☐   provided me with terms and conditions of employment different from those of similar employees
- ☐   retaliated against me
- ☒   harassed me or created a hostile work environment
- ☐   other (specify): _____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Please see attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V.     ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒     Yes (Please attach a copy of the charge to this complaint.)

   When did you file your charge?     10/28/19

☐     No

Have you received a Notice of Right to Sue from the EEOC?

☒     Yes (Please attach a copy of the Notice of Right to Sue.)

   What is the date on the Notice?     9/30/20

   When did you receive the Notice?     10/2/20

☐     No

## VI.     RELIEF

The relief I want the court to order is (check only those that apply):

☐     direct the defendant to hire me

☒     direct the defendant to re-employ me

☐     direct the defendant to promote me

☐     direct the defendant to reasonably accommodate my religion

☐     direct the defendant to reasonably accommodate my disability

☒     direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Emotional distress and other compensatory damages.

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/28/20 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Grigoriy | | Zagerson |
| First Name | Middle Initial | Last Name |
| 71 Village Road North 3G | | |
| Street Address | | |
| Brooklyn | NY | 11223 |
| County, City | State | Zip Code |
| 347-661-3138 | | zagerson@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**ADDENDUM TO FEDERAL COMPLAINT**
**FOR GRIGORY ZAGERSON @ 12/24/20**

1.      I was employed as a paraprofessional for the New York City Department of Education (NYCDOE) from October 2010 until September 17, 2019.

2.      I started subbing as a paraprofessional at P.S. 195 in Brooklyn, New York, in 2011 and became permanent as a paraprofessional on April 19, 2012.

3.      My principal at P.S. 195 was Bernadette Toomey.  Principal Toomey became principal of the school in September 2012.

4.      In May 2013, I received an unwarranted disciplinary letter to file for assisting a student to perform make-up work during the student's lunch period.

5.      It was common practice at the school prior to Principal Toomey's arrival to have students complete their unfinished work during their lunch period.

6.      Principal Toomey did not issue any written notice to the faculty stating that this practice was no longer acceptable.

7.      Many paraprofessionals assist their students during the lunch period with their unfinished work.

8.      I was the only paraprofessional, who was Jewish and spoke with a Russian accent, who was disciplined for assisting a student during their lunch period.

9.      On January 15, 2014 I received an unwarranted disciplinary letter to file for allegedly not following the teacher's direction in working with a kindergarten student, which was not true.

10.      I diligently followed the teacher's direction, even when it has not been successful and in direct violation of the student's IEP goal.

1

11.     The disciplinary letter also accused me of providing my own instruction to the student, which was not the case, but rather I was quietly trying to refocus the student.

12.     Other paraprofessionals who are not Jewish and do not speak with a Russian accent use this practice and do not receive unwarranted disciplinary letters to their file.  In addition, they openly taught their students alongside the teachers, which was prohibited by Principal Toomey, with no disciplinary consequences to them.

13.     On February 27, 2014, I received another unwarranted disciplinary letter to file regarding the same student as the January 15, 2014 letter.

14.     This letter disciplined me for my efforts in communication with my student.

15.     I had been directed by Principal Toomey to communicate with my student in a non-verbal way, although the student's IEP did not state this.

16.     I had emailed both the teacher and Principal Toomey asking for a clarification of this instruction. Neither responded.

17.     Principal Toomey opened an investigation into my method of clapping my hands next to the student's ears to regain the student's attention.

18.     Due to the harassment of Principal Toomey, I emailed my Union representative Alan Abrams about it and asked his advice about filing  a harassment charge but received no response. I also confided in a co-worker John Guerin of my distress in receiving 3 disciplinary letters to file in six weeks, and mentioned potentially killing myself if, due to Principal Toomey's false allegations and ongoing harassment, I lost my job and cannot provide for my family.  The co-worker advised the school counselor who shared this with Principal Toomey.

2

19.    As a result, the NYCDOE requested that I have a psychological exam completed to evaluate my fitness to return to the classroom and visit a psychotherapist for eight weeks.

20.    At the end of an eight-week period, I was deemed fit to continue with my paraprofessional duties.

21.    The NYCDOE suspended me five days without pay. The Union considered my suspension unjust and had offered to take it to arbitration, but I was afraid of further angering the principal and declined.

22.    When I returned from suspension, Principal Toomey mandated that I observe other paraprofessionals for two weeks and report my findings to her.

23.    In my report to Principal Toomey, I stated that I observed other paraprofessionals consistently being involved in all the activities that I was repeatedly disciplined for, such as instructing students, reinforcing lessons, and clapping near the child's ear, but none of them received letters to their file or were suspended.  None of these paraprofessionals were Jewish or spoke with a Russian accent.

24.    For 4 years from 2014 to 2018, even though I had not received any disciplinary letters, every teacher I worked with was told by either Principal Toomey or the Assistant Principal to pay special attention to my work and report everything to administration. They were not asked to report about other paraprofessionals who are not Jewish and do not speak with a Russian accent.

25.    Every time Principal Toomey visited the classroom during that 4-year period, I tried to either assist the teacher with paperwork or just quietly position myself in

3

a close proximity to my assigned student, since every direct interaction with a student according to his or her IEP always appeared to result in a disciplinary action towards me.

26.    All my recommendation letters from the teachers that I have been assigned to describe me as professional, hard-working, and responsive to all their requests for assistance.

27.    All my recommendation letters from my student's parents stated that I genuinely cared about children and contributed greatly to their progress.

28.    In February 2018, Principal Toomey approached my wife who was an IEP teacher at the school. Principal Toomey inquired as to how many paraprofessionals would be needed for the upcoming school year.  My wife answered that it was too early in the year for that type of conversation.  Principal Toomey was not satisfied with that answer.

29.    At this point, I had more seniority than many other paraprofessionals in the building, including a paraprofessional of Irish descent, Colleen Donnery. I was also in the special category of being a bilingual paraprofessional. Even if excessing took place, those two facts would make it extremely difficult for Principal Toomey to keep paraprofessionals of Irish descent at the school and get rid of me.

30.    At the end of February 2018, I was unexpectedly transferred from a self-contained Special Education class where I serviced two bilingual students to a first grade General Education class.

31.    On March 13, 2018, I was abruptly removed by Principal Toomey from the first grade General Education class with no explanation and told to stay in the teacher's lunchroom.

4

32.    On March 20, 2018, I was asked to report to Principal Toomey's office with my union representative.

33.    After this meeting, I received a disciplinary letter to file in which I was accused by Principal Toomey of playing checkers with a student during the lunch period, even after I explained that Assistant Principal O'Neill had granted me permission to do so after the student had finished eating.

34.    Principal Toomey also stated that I had left my assigned student unattended during lunch while I was escorting another student to visit the boutique.  Principal Toomey did not allow me to explain that I had asked a colleague to watch my assigned student. This practice in the past always has been allowed, and I was the only one disciplined for it.

35.    In addition, the disciplinary letter erroneously accused me of not following the classroom teacher's direction when correcting a student's work.  This was a student who was not assigned to me, but who I tried to assist since my student was absent that day. This is something that paraprofessionals do daily. When I saw that a student got upset after I corrected her writing, I stepped back, and the classroom teacher had handled the situation.

36.    After receiving a disciplinary letter on March 20, 2018, I was not returned to my assigned classroom. Instead, I was directed to continue staying in the teacher's lunchroom all day with no explanation from administration.  I was repeatedly asked by my colleagues about why I was there.  I felt humiliated and depressed as I had no idea why I was removed.  When I finally found enough courage to go to the office and ask the principal, she had yelled at me to immediately leave.

37.     On March 26, 2018, I was given another letter advising me to appear with a Union representative on March 28, 2020.   This meeting never took place, as Principal Toomey contacted the Police regarding a fabricated incident against me.

38.     On March 29, 2018, I was suspended without pay or benefits from my duties and sent home with no explanation. In the beginning of May 2018, I was interviewed by SCI investigators who presented me with a false allegation that I had kissed two 6-year-old girls and one 8-year-old girl in two different classes.

39.     During SCI interview on May 2, 2018, I consistently denied kissing anyone, but acknowledged that I may have accidentally touched the girls on the cheek when comforting distressed children.

40.     I shared with SCI investigators that Principal Toomey has been discriminating against me for years and would be the only one in the school with anything negative to say about me.

41.     After filing a discrimination complaint with the EEOC, I was able to obtain student statements and copies of all SCI interviews.

42.     From those documents, I have discovered that even though I was never alone with the students, the only adults interviewed were Principal Toomey, who discriminated against me for years and was not a witness to any of the alleged incidents, and a paraprofessional Colleen Donnery, who testified that she had never witnessed any inappropriate behavior by me. Classroom teachers Diana Yermiyaeva, Arline Daly, an ENL teacher Julia Robison, and 2 other paraprofessionals Mona Ghobrial and Laura Maddaloni, that were always present with me, had not been interviewed.

43.    I also learned through these documents that Principal Toomey conducted her own investigation almost a month before SCI investigators showed up at the school to investigate by collecting students' statements and spending hours interrogating and influencing young children. In doing so, she violated Chancellor's Regulation A-412 which prohibits principals from conducting such an investigation.

44.    I  received six months of unemployment benefits between April 2018 and October 2018, without even being contested by the NYCDOE, but I have not been able to find employment since the benefits were exhausted.

45.    A year and a half later, on August 2, 2019, the New York City Special Commissioner of Investigator (SCI) finally issued a report substantiating that I engaged in the alleged misconduct and recommended terminating my employment.

46.    At a meeting with Principal Toomey in September of 2019, I repeatedly stated that I did not kiss anybody and apologized if my potential clumsiness (accidental cheek touching) caused someone discomfort.  I also stated that I missed my job and wanted to return.

47.    I subsequently received a letter from Principal Toomey, dated September 17, 2019, finally terminating my employment as a paraprofessional with the DOE.

48.    I audio recorded my interview with SCI.  Even though the SCI investigator stated to me that he did not consider this a sexual harassment allegation, Principal Toomey wrongly construed the allegation as sexual harassment and used this as a reason to fire me, stating that I violated Chancellor's Regulation A-830 and unreasonably interfered with the education of 3 students.

7

49.    Other Russian and Jewish employees who spoke with an accent have been discriminated against by Principal Toomey since she arrived at the school. Julia Robison, an ENL teacher and a Russian immigrant who speaks with an accent, was discriminated against, and discontinued from her position for alleged poor performance. Principal Toomey turned a minor complaint into a flawed verbal abuse allegation to replace Ms. Robison with a teacher of Irish descent.

50.    Former part-time music teacher Alla Drizovskaya, a Russian Jewish immigrant, was not paid her wages/benefits for 6 months and had to seek her union UFT's assistance to be compensated, and received a poorly rated observation, given a horrible overall rating, baselessly accused of humiliating students, and terminated weeks before the school year ended.

51.    My wife Marina Zagerson , a Russian Jewish immigrant who was a teacher at P.S.195 for 19 years, had to leave the school and transfer as she was emotionally abused by the principal. Principal Toomey spoke to her in a demeaning tone numerous times, then turned regular teacher remarks to students to pay attention into a verbal abuse allegation against her, coached learning disabled students to write statements against her, added her own false statements against her, and gave her a disciplinary letter to file, the only one she received.

52.    Principal Toomey was aware that a teacher of Irish descent Ms. McCann grabbed a student and left marks on his arms, but no disciplinary action had been taken against her.

53.    Principal Toomey has allowed a paraprofessional of Irish descent John Guerin to put children in headlocks in both the classroom and lunchroom, without any disciplinary actions being filed against him.

54.    Principal Toomey also has allowed Mr. Guerin to take pictures of children on his lap, and hug students both in the lunchroom and auditorium, without any disciplinary actions being filed against him.

55.    I received a notice of right to sue from the EEOC, dated September 30, 2020, on October 2 ,2020.

56.    I believe that I have been discriminated against based on my Jewish religion and Russian ethnicity, which has resulted in the unjust termination of my employment from the NYCDOE.

**New York State Division of Human Rights**
**Employment Complaint Form**

| 1. Your contact information: | | |
|---|---|---|
| First Name Grigoriy | | Middle Initial/Name |
| Last Name Zagerson | | |
| Street Address/ PO Box 71 Village Road North | | Apt or Floor #: 3G |
| City Brooklyn | State NY | Zip Code 11223 |

**2. Regulated Areas:** You believe you were discriminated against in the area of:

☑ Employment *(including paid internship)*     ☐ Labor Organization
☐ Apprentice Training     ☐ Employment Agencies
☐ Internship *(unpaid only)*     ☐ Licensing
☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*

**3. You are filing a complaint against:**

| Employer Name New York City Department of Education / P.S. 195 | | |
|---|---|---|
| Street Address/ PO Box 131 Irwin Street | | |
| City Brooklyn | State NY | Zip Code 11235 |

Telephone Number:
(     )     (718)648-9102

In what *county or borough* did the violation take place?
Kings County

Individual people who discriminated against you:

Name: Bernadette Toomey     Title: Principal

Name: _____     Title: _____

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on:

| 9 | 17 | 2019 |
|---|---|---|
| month | day | year |

**5. For employment and internships, how many employees does this company have?**
☐ 1-3     ☐ 4-14     ☐ 15-19     ☑ 20 or more     ☐ Don't know

**6. Are you currently working for this company?**

| ☐ Yes. Date of hire: | | | | What is your position? |
|---|---|---|---|---|
| | month | day | year | |
| ☑ No. Last day of work: | 9 | 16 | 2019 | What was your position? |
| | month | day | year | Paraprofessional |
| ☐ I was never hired. Date of application: | | | | What position did you apply for? |
| | month | day | year | |

1
Complaint

**7. Basis of alleged discrimination:**

Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:**<br>Date of Birth: _____ | ☐ **Marital Status:**<br>Please specify: _____ |
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **Military Status:**<br>☐ Active Duty    ☐ Reserves |
| ☐ **Conviction Record** | ☑ **National Origin:**<br>Please specify: Russian _____ |
| ☑ **Creed/ Religion:**<br>Please specify: Jewish _____ | ☐ **Predisposing Genetic Characteristic:**<br>Please specify: _____ |
| ☐ **Disability:**<br>Please specify: _____ | ☐ **Pregnancy-Related Condition:**<br>Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Race/Color or Ethnicity:**<br>Please specify: _____ |
| ☐ **Familial Status:**<br>Please specify: _____ | ☐ **Sexual Orientation:**<br>Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sex:**<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy    ☐ Sexual Harassment |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation:** How did you oppose discrimination: _____

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☐ Harassed/ intimidated me (other than sexual harassment) |
| ☑ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☑ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

**9. Description of alleged discrimination**

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

Please see attached.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* ***DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.***

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** G Z

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This 28th day of October , 2019

_____
Signature of Notary Public

RACHEL BADAL
Notary Public, State of New York
No. 01BA6087097
Qualified in Kings County
Commission Expires Feb. 10, 2023

County: _____  Commission expires: _____

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

4
Complaint

## Additional Information

*This page is for the Division's records and **will remain confidential and will not be sent to the company or person(s) whom you are filing against**.*

---

**1. Contact Information**

| My primary telephone number: | My secondary telephone number: |
|---|---|
| (718) 902-1393 | ⸀(347) 661-3138 |

| My email address: | Date of birth: |
|---|---|
| zagerson@yahoo.com | 10/19/1963 |

Contact person: (*Someone who does not live with you but will know how to contact you if the Division cannot reach you*)

Name: Anna Zagerson

Telephone number:  (718) 496-5891

Address: 1460 70th Street, Brooklyn, NY 11228

Email address: azagerson@gmail.com

Relationship to me: Daughter

---

**2. Special Needs**

I am in need of:

☐ Interpretation (if so what language?): _____

☐ Accommodations for a disability: _____

☐ Privacy.  Keep my contact information confidential as I am a victim of domestic violence

☐ Other: _____

---

**3. Settlement / Conciliation**

To settle this complaint, I would accept: (*Explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc.?*)

I would like my job back, back pay and damages for emotional stress.

---

**4. Witnesses** *(information about witnesses may be shared with the parties as necessary for the investigation)*

The following people saw or heard the discrimination and can act as witnesses:

Name: _____

Title: _____

Telephone Number:

Relationship to me: _____

What did this person witness?

---

Name: _____

Title: _____

Telephone Number:

Relationship to me: _____

What did this person witness?

**5. Did you report or complain about the discrimination to someone else?**    ☐ Yes        ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*

**Date you reported or complained about discrimination:**    _____   _____   _____
month        day        year

**What happened after you complained?**

**If you did not report the discrimination, please explain why:**

**6. Were other people treated the same as you? How?**
   *(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
   *If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

Yes, Alla, the Russian music teacher ,who was forced to leave her position in 2014, and Julia Robison, a Russian ENL teacher was discontinued in February 2019.

**7. Were other people treated better than you? How?**
   *(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
   *If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

Yes, the Irish paraprofessionals, Colleen Donnery and John Guerin. Mr. Guerin constantly uses his cellphone, and puts kids in headlocks, and leaves the classroom for long periods of time without any consequences.

**ADDENDUM TO SDHR COMPLAINT FOR GRIGORIY ZAGERSON @ 10/28/19**

1. I was employed as a paraprofessional for the NYC Department of Education at P.S. 195 in Brooklyn NY.

2. I am of Russian national origin and of the Jewish religion. I have a heavy Russian accent.

3. My principal was Bernadette Toomey.  Upon information and belief, the principal is Irish.

4. In March 2018, I was suspended from my duties based on a false allegation that I had kissed two 6 year old girls and one 8 year old girl in a class.  No specific date was given when these alleged incidents occurred.

5. In August 2019, the NYC Special Commissioner of Investigation issued a report substantiating that I engaged in the alleged misconduct, which is completely untrue.

6. The investigation was faulty and incomplete because none of the adult witnesses (i.e., two other paraprofessionals and two teachers) were interviewed who were present during the alleged incident.  The principal also did not give me the original students' statements even after I signed a statement that she would provide them to me.

7. By letter, dated September 17, 2019, I received a letter terminating my employment as a paraprofessional with the New York City Department of Education.

8. I am aware of another Russian immigrant ESL teacher Julia Robison who she recently discontinued in February 2019.  The music teacher Alla, who is Jewish and Russian, also had to leave the school due to harassment in 2014.

9. I also am aware of another Irish non-Jewish paraprofessional John Guerin, who still works at school and who has not been disciplined for hugging children and much more severe misconduct than me.  I was aware of another Jewish paraprofessional, Robin, who resigned in lieu of termination.   My wife Marina Zagerson, who also is Russian and Jewish, also was forced to leave due to years of harassment and false accusations by the principal.

10.      I believe I was targeted with termination based on my religion and national origin.

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Grigoriy Zagerson**
**71 Village Road North, Apt. 3G**
**Brooklyn, NY 11223**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| 16G-2020-00881 | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(929) 506-5316** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC: in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other *(briefly state)*  **Charging Party wishes to pursue matter in Court.**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form )*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

September 30, 2020

*Judy A. Keenan,*
**District Director**

(*Date Mailed*)

Enclosures(s)

cc:  **CITY OF NEW YORK, DEPARTMENT OF EDU**
**Office of the General Counsel**
**52 Chambers Street, Room 308**
**New York, NY 10007**