UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRIGORIY ZAGERSON, <br><br> Plaintiff, <br><br> -v.- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION; BERNADETTE TOOMEY, PRINCIPAL OF PS 195, <br><br> Defendants. | 20 Civ. 11055 (KPF) <br><br> ORDER OF SERVICE |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education and Bernadette Toomey, Principal of P.S. 195.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 11, 2021
         New York, New York

KATHERINE POLK FAILLA
United States District Judge