UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIGORIY ZAGERSON,

              Plaintiff,

-v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and BERNADETTE
TOOMEY,

              Defendants.

20 Civ. 11055 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' pre-motion letter seeking leave to file a motion for judgment on the pleadings (Dkt. #14) and Plaintiff's letter in opposition (Dkt. #15). After discussing the anticipated motion with the parties on the record, the court sets the following briefing schedule for Defendants' anticipated motion for judgment on the pleadings: Defendants' motion and supporting papers shall be due on or by **July 23, 2021**; Plaintiff's opposition shall be due on or by **September 10, 2021**; and Defendants' reply, if any, shall be due on or by **September 24, 2021**. (*See* Minute Entry for June 22, 2021).

The Clerk of Court is directed to send a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:     June 22, 2020
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge