

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren A. Rosenfeld**<br>Labor and Employment Law Division<br>phone: (212) 356-3574<br>email: lrosenfe@law.nyc.gov |

June 27, 2022

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007



      Re:  Grigoriy Zagerson v. New York City Department of Education and Bernadette Toomey
           20-cv-11055 (KPF) (RWL)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York assigned to represent Defendants, New York City Department of Education ("DOE") and Bernadette Toomey, (collectively, the "Defendants").

      I write this joint letter motion on behalf of both parties to respectfully request that the Court extend the deadline for fact discovery from June 30, 2022 and the deadline for depositions from August 14, 2022 to September 30, 2022 for both fact discovery and depositions.  This is the first request for an extension of the time to complete discovery.  The parties have exchanged discovery requests and are in the process of compiling responses. This extension is also requested in order for the parties to complete e-discovery. Additionally, the parties have reconsidered and no longer intend to use experts, which will obviate the need for expert discovery, which had been scheduled to end on August 14, 2022.

      The parties also request that the pretrial conference set for July 8, 2022, be extended to a date after the completion of discovery that is convenient to the Court.

      We thank the Court for consideration of this request.

                                Respectfully submitted,
                                  By:  /s/ Lauren A. Rosenfeld
                                       Lauren A. Rosenfeld
                                       Assistant Corporation Counsel

cc: **Via ECF**
     Glass Harlow & Hogrogian LLP
     Bryan Glass

- 2 -

    85 Broad St., Ste 18th Fl
    New York, NY 10004
    212-537-6859
    bglass@ghnylaw.com

```
Application GRANTED.  The period for all fact discovery shall be
extended to September 30, 2022.  The Court does not anticipate
granting any further extensions of the discovery schedule.

Relatedly, the post-fact discovery conference presently scheduled for
July 8, 2022, is hereby ADJOURNED to October 5, 2022, at 3:30 p.m., in
Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square,
New York, New York.

The Clerk of Court is directed to terminate the pending motion at
docket entry 41.

Dated:     June 28, 2022                SO ORDERED.
           New York, New York
```

                                                                         HON. KATHERINE POLK FAILLA
                                                                        UNITED STATES DISTRICT JUDGE